# Court of Appeals
# of the State of Georgia

ATLANTA, August 24, 2016

*The Court of Appeals hereby passes the following order*

**A17D0013. IN THE INTEREST OF : B.R.J., J.L.J., A.J., T.D.J., CHILDREN (MOTHER)
.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Juvenile Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
05116J102 05116J103 05116J104 05116J105



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, August 24, 2016.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*